UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALERI BURNOUGH,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIANCE FOR CHANGE THROUGH TREATMENT, LLC, ATTACHMENT & BONDING CENTER OF ATLANTA, LLC, CASSANDRA JOHNSON LANDRY,<br><br>　　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-1734-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiff's Motion to Enforce and Approve Settlement, and the court having GRANTED said motion, it is

**Ordered and adjudged** that plaintiff recover from defendants, jointly and severally, $30,000.

Dated at Atlanta, Georgia this 26th day of March, 2018.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　s/ Bao Tran Le
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　March 26, 2018
James N. Hatten
Clerk of Court


By:　　s/ Bao Tran Le
　　　　　Deputy Clerk